No. 72–1427. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–1429. BOOZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–1432. ACOSTA *v.* UNITED STATES;

No. 72–1455. FERNANDEZ ET AL. *v.* UNITED STATES; and

No. 72–1600. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 462 F. 2d 740 and 473 F. 2d 662.

No. 72–1441. PHILLIPS *v.* UNITED STATES; and

No. 72–6925. YOCKEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 474 F. 2d 1351.

No. 72–1445. SONDEREGGER *v.* SAGITTARIUS PRODUCTIONS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1449. UNIVERSITY OF NEVADA ET AL. *v.* HALL ET AL. Sup. Ct. Cal. Certiorari denied.

No. 72–1457. CITIZENS FIRST NATIONAL BANK OF RIDGEWOOD, ADMINISTRATOR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 72–1460. RIGGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–1461. HARKNESS *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 72–1463. JONES *v.* THRIFT FUNDS OF BATON ROUGE, INC. Sup. Ct. La. Certiorari denied.